MIRANDA KANE (CA Bar No. 150630)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:   (415) 343-7100
Fax:   (415) 343-7101
Email: mkane@conmetkane.com

Attorney for Defendant Gumaro Yescas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>GUMARO YESCAS,<br><br>　　　　　Defendant. | CASE NO. 3:19-CR-00343-CRB<br><br>**NOTICE OF CHANGE OF FIRM ASSOCIATION** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that effective January 1, 2021, the undersigned counsel for Defendant Gumaro Yescas hereby provides notice that Miranda Kane is no longer affiliated with Kane+Kimball LLP. Miranda Kane is now affiliated with the law firm of Conrad | Metlitzky | Kane LLP. The docket should be updated to reflect that her new contact information is as follows:

> Miranda Kane
> **CONRAD | METLITZKY | KANE LLP**
> Four Embarcadero Center, Suite 1400
> San Francisco, CA 94111
> Telephone: (415) 343-7100
> Facsimile: (415) 343-7101
> Email: mkane@conmetkane.com

DATED: February 11, 2021

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

_____
MIRANDA KANE
Attorney for Defendant Gumaro Yescas